## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Reeves-Smith, Jonetta L | Case Number:  07 B 14098 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/30/07 | Filed:  8/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  September 17, 2007

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | | No Claim Filed |
| 6. | Rite Price Motor | Priority | | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Priority | | No Claim Filed |
| 8. | Nextel Communications | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Sprint Nextel | Unsecured | | No Claim Filed |
| 11. | Sherwin Williams Emp CU | Unsecured | | No Claim Filed |
| 12. | MCI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Reeves-Smith, Jonetta L                    Case Number:  07 B 14098

                                                        Judge:  Hollis, Pamela S

         Printed:  10/30/07                             Filed:  8/6/07


Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                     Marilyn O. Marshall, Trustee, by:

                     _Denise Ashley_____